IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YVETTE MADISON | : | CIVIL ACTION |
| | : | NO. 09-3400 |
| v. | : | |
| | : | |
| PHILADELPHIA HOUSING AUTHORITY | : | |
| AND ELYSE BURGESS | : | |

## ORDER

AND NOW, this 23rd day of June 2010, upon consideration of defendants Philadelphia Housing Authority's and Elyse Burgess's motion for summary judgment and plaintiff Yvette Madison's opposition thereto it is hereby ORDERED that defendants' motion is GRANTED. Judgement is hereby entered in favor of Defendants and against Plaintiff.

    /s/ Thomas N. O'Neill, Jr.
THOMAS N. O'NEILL, JR., J.